IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                          CRIMINAL 10-0354CCC

1) NELSON ALVAREZ-MENDOZA
Counts 1, 2, 3, 5, and 6-12
2) MELQUIADES ALVAREZ-MENDOZA
Counts 1, 2 and 4
3) NELMIC DE-LA-CRUZ-RAPOSO
Counts 7, 8, 14, 15, 16, 18, 19, 20, 22, 23,
24, 26, 27, 28, 29, 30 and 31
4) WILFRIDO ENRIQUE PRIETO-NEGRON
Counts 10, 11 and 13
5) ALEX O. CORDERO-CORTEZ
a/k/a Omar de-la-Cruz
Counts 14, 15, 17, 29, 30, and 32
6) BILLY HERNANDEZ
Counts 18, 19 and 21
**7) CHRISTIAN A. NUNEZ-REVERON**
a/k/a Kelvin Nunez
Counts 22, 23 and 25
8) FREDRICK SANTOS-ORTIZ
a/k/a Roberto Ortega
Counts 26, 27 and 28

Defendants

# O R D E R

Having considered the Report and Recommendation filed on August 4, 2011 (**docket entry 221**) on a Rule 11 proceeding of defendant Christian A. Núñez-Reverón (7) held before U.S. Magistrate Judge Camille L. Vélez-Rivé on August 3, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Christian A. Núñez-Reverón (7) is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 3, 2011. The **sentencing hearing is set for November 2, 2011, 2011 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on August 12, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge